**Amy L. B. Ginsburg**
GINSBURG LAW GROUP, P.C.
1012 N. Bethlehem Pike, Suite 103, Box #9
Ambler, PA 19002
Telephone: (855) 978-6564
Facsimile: (855) 777-0043
Email: aginsburg@ginsburglawgroup.com

*Attorneys for Plaintiff, Kelly Pinn*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KELLY PINN**, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONS AUTO PROTECTION, LLC AND PALMER ADMINISTRATIVE SERVICES, INC.,**<br><br>**Defendants.** | Case No.: 3:22-cv-05810-ZNQ-LHG<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

COMES NOW, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kelly Pinn ("Plaintiff") hereby provides this Notice that all of her claims in this action are hereby dismissed with prejudice, with each party bearing their respective attorney's fees and costs.

Respectfully submitted:

/s/ *Amy L. B. Ginsburg*

Amy L. B. Ginsburg
GINSBURG LAW GROUP, P.C.
1012 N. Bethlehem Pike, Suite 103
Ambler, PA 19002
Tel: (855) 978-6564
Fax: (855) 777-0043
Email:aginsburg@ginsburglawgroup.com

So Ordered this 27th day of December, 2022

Hon. Zahid N. Quraishi
United States District Judge

2